**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Felix Diaz, on behalf of himself and others similarly situated in the proposed FLSA Collective Action, | Case No. 1:22-cv-07361-RA |
| Plaintiff, | Civil Action |
| v. | **ORDER OF DISMISSAL** |
| A & M Tasty Snack, Inc., Ahmed Mohamed, and Medhat Elsherbiny, | |
| Defendants. | |

IT IS ORDERED this 22 day of February, 2023, that, following Plaintiff's filing of an amended Complaint (Dkt. No. 16) solely against A & M Tasty Snacks, Inc., Ahmed Mohamed, and Medhat Elsherbiny, the defendants Utz Quality Foods, Inc. and Utz Quality Foods, LLC (collectively, "Utz") are hereby dismissed as Defendants as to all causes of action, without prejudice; and

IT IS FURTHER ORDERED that the Clerk change the formal name of the case on the Court's Docket from "Diaz v. Utz Quality Foods, Inc., et al." to "Diaz v. A & M Tasty Snacks, Inc., et al." Plaintiff and Utz shall bear their own costs, expenses, and attorneys' fees.

_____
Hon. Ronnie Abrams
United States District Judge
02/22/2023